

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMOS IDOWU, )
)
    Plaintiff, )
) Case No.
v. )
) Judge
) Jury Demand
P.O. BANSLEY #14055, Individually, )
and the CITY OF CHICAGO, )
)
    Defendants. )

FILED-ED4
02 APR 30 PM 1:04

02C 3058

JUDGE BUCKLO

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

DOCKETED
APR 3 0 2002

## COMPLAINT

NOW COMES the Plaintiff, AMOS IDOWU, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendants, P.O. BANSLEY #14055, individually and the CITY OF CHICAGO, as follows:

### COUNT I – FALSE ARREST

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law;

2) Jurisdiction is based on Title 28 U.S.C. §1343 and supplemental jurisdiction of the State of Illinois.

3) The Plaintiff, DANIEL IDOWU, at all relevant times was a United States citizen and permanent resident of the State of Illinois;

4) The Defendant, P.O. BANSLEY, was at all relevant times a duly appointed police officer of the Chicago Police Department and at all relevant times was acting within his scope of employment and under color of law;

5) On February 24, 2001, the Plaintiff was in a car accident and despite the fact it was not his fault he was given two tickets by Defendant Bansley.

6) On May 4, 2001 the Plaintiff, AMOS IDOWU attended traffic court at the Daley Center.

7) The Defendant, P.O. BANSLEY appeared and the charges were dismissed after a hearing.

8) Outside the courtroom the Plaintiff, AMOS IDOWU and the Defendant, OFFICER BANSLEY had some words.

9) Without probable cause or provocation, the Defendant, OFFICER BANSLEY attacked Plaintiff, AMOS IDOWU.

10) The Plaintiff, AMOS IDOWU was not committing a crime or breaking any laws.

11) The Defendant, OFFICER BANSLEY thereafter arrested and charged the Plaintiff, AMOS IDOWU with battery.

12) These charges were false.

13) Said actions of the Defendant were intentional, willful and wanton;

14) Said actions of the Defendant violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983;

15) As a direct and proximate consequence of said conduct of the Defendant, Officer Bansley, the Plaintiff, AMOS IDOWU suffered violations of his constitutional rights, emotional anxiety, mental trauma, humiliation, fear, anxiety, pain, suffering and monetary loss.

WHEREFORE, the Plaintiff, AMOS IDOWU prays for judgment against the Defendant, P.O. BANSLEY #14055 in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS punitive damages, plus attorneys fees and costs.

2

## COUNT II-EXCESSIVE FORCE

1-13) The Plaintiff hereby realleges and incorporates his allegations of paragraphs 1-13 of Count I as its respective allegations of paragraphs 1-13 of Count II as though fully set forth herein.

14) The force used by the Defendant, P.O. BANSLEY was unreasonable and excessive.

15) The Plaintiff had to be hospitalized due to Defendant BANALEY's actions.

16) Said actions of the Defendant violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

17) As a direct and proximate consequence of said conduct of the Defendant, P.O. BANSLEY, the Plaintiff, AMOS IDOWU suffered violations of his constitutional rights, emotional anxiety, mental trauma, humiliation, fear, anxiety, pain, suffering, personal injury and monetary loss.

WHEREFORE, the Plaintiff, AMOS IDOWU prays for judgment against the Defendant, P.O. BANSLEY #14055 in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS punitive damages, plus attorneys fees and costs.

## COUNT III-MALICIOUS PROSECUTION

1-10) The Plaintiff hereby realleges and incorporates his allegations of paragraphs 3-12 of Count II as his respective allegations of paragraphs 1-10 of Count III as though fully set forth herein.

3

11) The Defendant, P.O. BANSLEY proceeded with the charge of battery knowing it was false.

12) The charge was ultimately resolved in favor of the Plaintiff, AMOS IDOWU.

13) As a direct and proximate consequence of said conduct of the Defendant, P.O. BANSLEY, the Plaintiff, AMOS IDOWU suffered emotional anxiety, mental trauma, humiliation, fear, anxiety, pain, suffering, personal injury and monetary loss.

WHEREFORE, the Plaintiff, AMOS IDOWU prays for judgment against the Defendant, P.O. BANSLEY #14055 in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS compensatory damages plus attorneys fees and costs.

## COUNT IV-BATTERY

1-10) The Plaintiff, AMOS IDOWU, hereby realleges and incorporates paragraphs 1-10 of Count III as his respective allegations of paragraphs 1-10 of Count V as though fully set forth herein.

11) The actions of the Defendant, P.O. BANSLEY constitute battery under Illinois law.

12) As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff, AMOS IDOWU suffered emotional anxiety, mental trauma, humiliation, fear, anxiety, pain, suffering, personal injury and monetary loss.

WHEREFORE, the Plaintiff, AMOS IDOWU prays for judgment against the Defendant, P.O. BANSLEY #14055 in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS compensatory damages plus attorneys fees and costs

## COUNT V- CITY OF CHICAGO

1-10) The Plaintiff, AMOS IDOWU, hereby realleges and incorporates paragraphs 1-10 of Count III as his respective allegations of paragraphs 1-10 of Count V as though fully set forth herein.

11) The Defendant, CITY OF CHICAGO as Officer Bansley's employer is responsible for his actions.

12) As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff, AMOS IDOWU suffered emotional anxiety, mental trauma, humiliation, fear, anxiety, pain, suffering, personal injury and monetary loss.

WHEREFORE, the Plaintiff, AMOS IDOWU prays for judgment against the Defendant, CITY OF CHICAGO in an amount in excess of FIFTY THOUSAND AND 00/100 ($50,000.00) DOLLARS compensatory damages plus attorneys fees and costs.

## JURY DEMAND

The Plaintiff requests trial by jury.

Respectfully submitted,
AMOS IDOWU

By: _____
GREGORY E. KULIS AND ASSOCIATES
Attorneys for the Plaintiff

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street
Suite 2140
Chicago, Illinois 60602
(312) 580-1830

5

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

AMOS IDOWU

APR 30 2002

**DEFENDANTS**

P.O. BANSLEY #14055, Individually, and the CITY OF CHICAGO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

02C 3058

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

GREGORY E. KULIS & ASSOCIATES
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602

ATTORNEYS (IF KNOWN)

JUDGE BUCKLO

MAGISTRATE JUDGE BROWN

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (1923) | ☐ 892 Economic Stabilization |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act / **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation / ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act / ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

VIOLATION OF 42 U.S.C. Section 1983

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 4/30/02

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DOCKETED
APR 3 0 2002

In the Matter of AMOS IDOWU,
        Plaintiff,
v.
P.O. BANSLEY #14055, Individually, and the CITY OF CHICAGO,
        Defendants.

Case Number **02C 3058**

JUDGE BUCKLO

MAGISTRATE JUDGE GERALDINE SOAT BROWN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
AMOS IDOWU

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME: Gregory E. Kulis | NAME: Kathleen Coyne Ropka |
| FIRM: Gregory E. Kulis and Associates | FIRM: Gregory E. Kulis and Associates |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: Chicago, Illinois 60602 |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: 312/580-1830 |
| IDENTIFICATION NUMBER: state of Illinois 6180966 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Shehnaz I. Mansuri | NAME: |
| FIRM: Gregory E. Kulis and Associates | FIRM: |
| STREET ADDRESS: 30 N. LaSalle Street, Suite 2140 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312/580-1830 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

FILED-EDA 02 APR 30 PM 1:04 CLERK U.S. DISTRICT COURT

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.

1-3